Billy Driver
CDCR # D-35391
CSP - Sacramento
EOP Cell # 131
P.O. Box # 290066
Represa, California
# 95671

**FILED**

AUG 15 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States District Court for the Eastern District of California

Billy Driver # (JR)
Plaintiff

Vs.

Officer(s) Chavez etal
Defendant(s)

Case Number
# 2:22-cv-1447-____ DMC PC

Action Requested:
Newly Filed 42 USC 1983 Civil Complaint and Demand for Jury Trial (VII) Imminent Danger of More Harm and Physical Injury

Introductory.

On July/28th/2022 3rd/watch for the forth/time(s) Officer(s) Chavez and C/O John Doe and his partner slammed me to the floor hitting my head and knee(s) and shoulder(s) sustaining painful bruised injurie(s) It should be noted that this is the second/time(s) of four set(s) of unlawful use of force the 1st/two set(s) of the use of force(s) was on July/19th/2022 just nine day(s) ago and the current use(s) of force(s) are unlawful because the 16 year(s) of staff safety assault(s) and

UNLAWFUL PEPPER SPRAYING(S) HAPPEND HEAR AT CSP-SACRAMENTO IN 2009 TO 2012 AND NOW AGAIN AFTER I WAS TOLD/WARNED BY FEMALE OFFICER QOASH IN 2012 NOT TO COME BACK AGAIN!!! IN OTHER-WORD(S) IF I ARRIVED BACK HERE AGAIN I would BE IN ~~DANGERED~~ SO AGAIN AFTER #87 CIVIL SUIT(S) AND ANOTHER PRIOR JULY/19TH/2022 FILED CIVIL COMPLAINT ON 7/21/2022 7 DAY(S) AGO I AM ALERTING JUDGE: KENDALL J. NEWMAN AND CHIEF DISTRICT JUDGE THE HONORABLE(S) "KJM" KIMBERLY J. MUELLER THAT I AM IN (A) CONSTANT IMMINENT DANGER OF MORE PHYSICAL HARM AND INJURY

DATED: JULY/29TH/2022

_____
SIGNATURE: