1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    BILLY DRIVER, JR.,                    Case No. 2:22-cv-01447 DJC-DMC (PC)

12              Plaintiff,                   ORDER (1) SETTING SETTLEMENT
                                            CONFERENCE, (2) REQUIRING PERSONAL
13       v.                                 ATTENDANCE BY CERTAIN
                                            INDIVIDUALS, AND (3) REQUIRING
14    CHAVEZ,                               SETTLEMENT CONFERENCE
                                            STATEMENT MEETING CERTAIN
15              Defendants.                 PARAMETERS

16

17         Magistrate Judge Jeremy D. Peterson will hold a settlement conference by Zoom on July

18   5, 2023 at 10:00 a.m.  Counsel for the defendant(s) is directed to contact Courtroom Deputy Nic

19   Cannarozzi via email at ncannarozzi@caed.uscourts.gov one week prior to the scheduled

20   settlement conference to report on the institution's ability to produce the inmate for a remote

21   appearance.  The court expects that the parties will proceed with the settlement conference in

22   good faith and attempt to resolve all or part of the case.  If any party believes that the settlement

23   conference will not be productive, that party shall so inform the court as far in advance of the

24   settlement conference as possible.  Unless otherwise permitted in advance by the court, the

25   following individuals must attend the settlement conference: (1) all of the attorney(s) who will try

26   the case; and (2) individuals with full authority to negotiate and settle the case, on any terms.

27         No later than one week prior to the settlement conference, each party must submit to

28   Judge Peterson's chambers at jdporders@caed.uscourts.gov, or by mail at U.S. District Court,

                                             1

1  501 I Street, Suite 4-200, Sacramento, CA 95814, a confidential settlement conference statement.

2  These statements should neither be filed on the docket nor served on any other party.  The

3  statements should be marked "CONFIDENTIAL" and should state the date and time of the

4  conference.  The statements should not be lengthy but should include:

5         (1) a brief recitation of the facts;

6         (2) a discussion of the strengths and weaknesses of the case;

7         (3) an itemized estimate of the expected costs for further discovery, pretrial, and trial

8  matters, in specific dollar terms;

9         (4) your best estimate of the probability that plaintiff will obtain a finding of liability

10  should this case proceed to trial, in percentage terms;

11         (5) should this case proceed to trial and defendant be found liable, please provide the

12  following, in specific dollar terms:

13                (a) a realistic high-end recovery estimate (*i.e.*, realistic best- or worst-case

14  scenario);

15                (b) a realistic low-end recovery estimate (*i.e.*, realistic worst- or best-case

16  scenario); and

17                (c) a best estimate of the most likely outcome;

18        (6) a history of settlement discussions, including:

19                (a) a statement of your expectations for settlement discussions;

20                (b) a listing of any past and present settlement offers from any party (including all

21  terms);

22                (c) whether your party would consider making the opening offer or demand, and

23  what that offer might be[1];

24        (7) a list of the individuals who will be participating in the settlement conference on your

25  party's behalf, including each participant's name and, if appropriate, title;

26        (8) plaintiff's anticipated release date;

27

28      [1] Please note that Judge Peterson will consider this response, among others, in evaluating whether proceeding with a settlement conference appears worthwhile.

2

1    (9) an estimate of restitution and fees, including court fees and filing fees, owed by

2    plaintiff; and

3    (10) identification of any related cases, any prior resolutions involving the plaintiff, or of

4    any other cases that the parties might wish to discuss at this settlement conference.

5

6    In accordance with the above, it is hereby ORDERED that:

7    1.  A settlement conference is set before Magistrate Judge Peterson on July 5, 2023, at

8    10:00 a.m.

9    2.  No later than June 28, 2023, each party must submit a confidential settlement

10   conference statement, as described above, to Magistrate Judge Peterson.

11

12

13   Dated:  May 1, 2023

14   JEREMY D. PETERSON
     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28