IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BILLY DRIVER, JR.,**<br><br>                                    Plaintiff,<br><br>              v.<br><br>**CHAVEZ,**<br><br>                                    Defendant. | Case No. 2:22-cv-01447-DJC-DMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO VACATE JULY 5, 2023 SETTLEMENT CONFERENCE**<br><br>Sett. Judge:   Hon. Jeremy D. Peterson<br>Trial Date:    Not Set<br>Action Filed:  August 15, 2022 |

Before the Court is Defendant's motion to vacate the July 5, 2023 settlement conference before Judge Peterson. Based on Defendant's motion, the settlement conference will likely not be productive and will likely waste court and party resources.

Accordingly, IT IS HEREBY ORDERED that:

1.   Defendant's motion is **GRANTED**;

2.   The May 1, 2023 order setting the settlement conference (ECF No. 32) is **VACATED**; and

3.   The July 5, 2023 settlement conference is **VACATED**.

Dated:  May 30, 2023

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE