IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:22-CV-1447-DJC-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CHAVEZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 33, for assistance in preparing a confidential settlement conference statement. A review of the docket reflects that the settlement conference, which had been set for July 5, 2023, has been vacated on Defendant's motion. <u>See</u> ECF No. 36. Plaintiff's request is, therefore, denied as moot. By separate order, the Court will set an initial schedule for this litigation.

IT IS SO ORDERED.

Dated:  May 31, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1