IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BILLY DRIVER, JR.,** | Case No. 2:22-cv-01447-DJC-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| **CHAVEZ,** | |
| Defendant. | |

This matter comes before the Court on Defendants' motion to vacate the February 1, 2024, discovery cutoff and motion to compel deadline and the May 31, 2024, dispositive motion deadline in the Court's May 31, 2023, Discovery and Scheduling Order (ECF No. 38) and stay discovery in this case pending resolution of Defendant's motion to revoke Driver's *in forma pauperis* status (ECF No. 39).  Good cause appearing, the request is GRANTED.

///

1  The February 1, 2024 discovery cutoff and motion to compel deadline and the May 31, 2024 dispositive motion deadline in the Court's May 31, 2023 Discovery and Scheduling Order (ECF No. 38) are vacated; and

Discovery in this matter is stayed until further order of the Court, pending resolution of Defendant's motion to revoke Driver's *in forma pauperis* status (ECF No. 39).

IT IS SO ORDERED.

Dated:  June 20, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE