IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:22-CV-1447-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHAVEZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request for clarification, ECF No. 45.

In his request, Plaintiff seeks clarification of the Court's April 4, 2023, order reassigning this case. Specifically, Plaintiff asks why Chief District Judge Mueller recused herself. Plaintiff is informed that the April 4, 2023, order was not based on a recusal. It was based on the appointment of District Judge Calabretta and the Court's determination that a reassignment was appropriate in order to effectively manage the dockets among active judicial officers.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The April 4, 2023, order is clarified as explained above.

2. The Clerk of the Court is directed to terminate ECF No. 45 as a pending motion.

Dated: August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE