IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR.,<br><br>        Plaintiff,<br><br>   v.<br><br>CHAVEZ,<br><br>        Defendant. | No. 2:22-CV-1447-DJC-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's request, ECF No. 21, for referral of this case to the Court's Voluntary Dispute Resolution Program (VDRP).

       Plaintiff's request is submitted on the Court's VDRP form for referrals by stipulation. The form is signed by Plaintiff only. A review of the docket reflects that Defendant has opted out of the Court's early settlement program. The Court thus declines to order the matter referred to the VDRP program.

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Court declines to refer this matter to the VDRP program.

2. The Clerk of the Court is directed to terminate ECF No. 21 as a pending motion.

Dated: August 7, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE