IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., <br><br> Plaintiff, <br><br> v. <br><br> CHAVEZ, <br><br> Defendant. | No. 2:22-CV-1447-DJC-DMC-P <br><br><br> ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for referral of this matter to the Court's alternative dispute resolution program. See ECF Nos. 55 and 56. Defendant has filed an opposition. See ECF No. 58.

Though Plaintiff states in his motion that Defendant has previously agreed to settlement this case for $9,000.00 and that Defendant has stipulated to participate in alternative dispute resolution, Defendant denies those assertions and affirmatively declines to participate in Court-supervised settlement discussions. Absent agreement of the parties to participate in alternative dispute resolution, Plaintiff's motions will be denied.

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions for referral of
2 this case to alternative dispute resolution, ECF Nos. 55 and 56, are DENIED.

4 Dated:  January 25, 2024

  _____
  DENNIS M. COTA
  UNITED STATES MAGISTRATE JUDGE