1

2

3                    **IN THE UNITED STATES DISTRICT COURT**

4                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

5                            **SACRAMENTO DIVISION**

6

7

8   **BILLY DRIVER, JR.,**                    Case No. 2:22-cv-1447-DJC-DMC-P

                                Plaintiff,
9

10              **v.**                        **ORDER**

11  **CHAVEZ,**

12                              Defendant.

13

14

15          Plaintiff Billy Driver, Jr., is proceeding *pro se* and *in forma pauperis* in this civil rights

16  action filed pursuant to 42 U.S.C. § 1983. Currently before the Court is Defendant's Motion to

17  Modify the Discovery and Scheduling Order (ECF No. 66) for a 21-Day Extension of

18  Defendant's Motion for Summary Judgment Deadline, which is currently March 14, 2025.

19          Good cause having been presented, it is HEREBY ORDERED that:

20          1.     Defendant's motion is **GRANTED**; and

21          2.     The deadline for Defendant to file a motion for summary judgment under Federal

22  Rule of Civil Procedure 56 is extended twenty-one days, up to and including **April 4, 2025**.

23          **IT IS SO ORDERED.**

24          **Dated:  March 17, 2025**

25                                            _____
                                              DENNIS M. COTA
26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                          1