IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY DRIVER, JR., | No. 2:22-CV-1447-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHAVEZ, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendant's motion for an extension of time to file a reply in support of Defendant's motion for summary judgment. See ECF No. 90. Good cause appearing therefor, Defendant's motion will be granted. Defendant's motion for summary judgment and all other pending motions will be addressed separately.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Defendant's motion for an extension of time, ECF No. 90, is granted.

2. Defendant's reply brief filed on October 6, 2025, ECF No. 93, is deemed timely.

Dated: October 7, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1