**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BILLY DRIVER, JR.,

Plaintiff,

v.

CHAVEZ,

Defendant.

No. 2:22-CV-1447-DJC-DMC-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an order confirming completion of briefing on Defendant's pending motion for summary judgment. See ECF No. 96. Plaintiff's motion is granted insofar as Plaintiff is informed that his opposition brief has been filed, see ECF No. 89, Defendant has filed a reply, see ECF No. 93, and Defendant's motion for summary judgment will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated: August 24, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE